Date: 12/22/10

**DIVIDENDS REMITTED TO THE COURT**

Page: 1

Case Number 09-37845 - MATTHEISEN, MARIA L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for World Financial Network National Bank As Express<br>PO Box 248872<br>Oklahoma City, OK 73124-8872<br>FINAL DISTRIBUTION<br>4234 | 000004 | 274.01 | 3.99 |
| ---------- Remittance Total --------------- | | 274.01 | 3.99 |

John A. Hedback, Trustee



COURT1

Printed: 12/22/10 10:34 AM    Ver: 16.01a